LAW OFFICES OF WILLIAM L. BAKER
William L. Baker (State Bar #114454)
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone:  (916) 978-0772
Facsimile:   (916) 481-5080

Attorney for Defendant
JAYCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MANNING, an individual, | Case No: 2:21-CV-01387-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER** |
| vs. | |
| JAYCO, INC., a California Corporation; FREIGHTLINER CUSTOM CHASSIS CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, agree to the following modifications to the Court's Initial Pretrial Scheduling Order:

1. On October 26, 2021, JAYCO, INC. [hereinafter "JAYCO"] filed a motion to transfer venue to Indiana Federal Court pursuant to 28 U.S.C. Section 1404(a).  As of the filing of this stipulation, the Court has not ruled on JAYCO's motion.

2. The parties delayed in initiating discovery given the pending motion to transfer.

3. Subject to court approval, the parties have agreed to the following deadlines regarding discovery, expert disclosure and the filing of dispositive motions:

   a. Completion of discovery with the exception of expert discovery: September 16, 2022

   b. Initial Expert Disclosure:  October 14, 2022 –supplemental disclosure October 31, 2022

   c. File Disposition Motions:  November 1, 2022

1

**STIPULATION AND ORDER RE MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER**

Dated: August 4, 2022           LAW OFFICES OF WILLIAM L. BAKER


By: William L. Baker (signature approved 8/4/22)
    WILLIAM L. BAKER SBN 114454
    Attorney for Defendant JAYCO, INC.

Dated: August 4, 2022           LAW OFFICES OF JON JACOBS

By: Nicolas M. Dillavou (signature approved 8/4/22)
    NICOLAS M. DILLAVOU SBN 327210
    Attorneys for Plaintiff TONY MANNING


## ORDER

Good cause appearing, and based on the stipulation of the parties, the Initial Pretrial Scheduling Order is modified as follows: Discovery, with the exception of expert discovery, shall be completed by September 16, 2022. The initial expert disclosure deadline shall be October 14, 2022, and the supplemental expert disclosure by October 31, 2022. Dispositive motions shall be filed no later than November 1, 2022.

IT IS SO ORDERED.

Dated: August 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RE MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER**